UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RAPID COMPLETIONS LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| BAKER HUGHES, A GE COMPANY, LLC, BAKER HUGHES OILFIELD OPERATIONS, LLC, WEATHERFORD INTERNATIONAL, LLC, WEATHERFORD/LAMB, INC., WEATHERFORD US, LLP, WEATHERFORD ARTIFICIAL LIFT SYSTEMS LLC, PEAK COMPLETION TECHNOLOGIES, INC. | § § § § § § § § § § § § § § | CASE NO. 6:16-CV-286-JDK-KNM<br><br>Consolidated with<br><br>CASE NO. 6:15-CV-724-JDK-KNM<br>Lead Consolidated Case |
| Defendants. | § | |

**ORDER OF DISMISSAL**

Before the Court is a Joint Motion to Dismiss with Prejudice by the parties. Docket No. 34. The parties jointly request dismissal of all remaining claims and counterclaims with prejudice under Federal Rules of Civil Procedure 41(a)(2) and 41(c).

The Court, having considered this request, **GRANTS** the motion. It is therefore **ORDERED** that all claims and counterclaims in this matter are **DISMISSED WITH PREJUDICE**.

1

It is further **ORDERED** that all attorneys' fees, costs of court, and expenses shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **14th** day of **October, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE